**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Jairo Sandoval Rodriguez           Case No. 19-10886-LMI
Yomaira Garcia Sandoval
                                          Chapter 13
_____Debtor(s)___/

## OBJECTION TO CLAIM

**IMPORTANT NOTICE TO CREDITOR:
THIS IS AN OBJECTION TO YOUR CLAIM**

**This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.**

**If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned [attorney][trustee] OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.**

**If your entire claim is objected to and this is a chapter 11 case, you will <u>not</u> have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.**

**The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.**

☐     301 North Miami Avenue, Room 150, Miami, FL 33128

☐ Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, Debtor objects to the following claim(s) filed in this case:

| Claim No. | Name of Claimant | Amount of Claim |
|---|---|---|
| 24-2 | XNRZ Pass-Through Trust VIII / NRZ Pass-Through Trust VIII / Nationstar Mortgage LLC d/b/a Mr. Cooper | $250,279.43 |

Basis for Objection and Recommended Disposition

On or about April 3, 2019 and later amended on August 5, 2019, Creditor filed a secured proof of claim in the amount of $250,279.43 and an arrearage in the amount of $2,5667.67 for the Debtors' homestead property. Said creditor will be paid outside the plan and directly pursuant to the last

approved plan. Debtor requests the claim be allowed as filed with no distribution from the Chapter 13 Trustee.

[Comment: See also Bankruptcy Rule 9011 (effect of signature) and Local Rules 7026-1(E) (motions to compel discovery) and 9076-1 (electronic service).]

WHEREFORE the above-mentioned Debtor, respectfully requests that the Court grant the relief sought herein.
*Notwithstanding the requirements of Bankruptcy Rule 3007, up to five objections to claim may be included in one pleading. (See Local Rule 3007-1(C).)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing was sent on March 13, 2020 electronically to Nancy K. Neidich, Trustee and mailed via U.S. First-Class Mail, unless otherwise noted, to:

NRZ Pass-Through Trust VIII
Attn: Ketan Sawarkar, AIS Portfolio Services, LP as agent
P.O. Box 10826
Greenville, SC 29603-0826

NewRez LLC DBA Shellpoint Mortgage Servicing
Attn: Ketan Sawarkar, AIS Portfolio Services, LP as agent
P.O. Box 10826
Greenville, SC 29603-0826

## CERTIFICATE OF ADMISSION

**I HEREBY CERTIFY** that I am a member of the Bar of the United States District Court for the

Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court

set forth in Local Rule 2090-1(A).

                                                Respectfully Submitted:

                                                **Robert Sanchez, P.A.**
                                                Attorney for Debtor
                                                355 West 49th Street
                                                Hialeah, FL 33012
                                                Tel. 305-687-8008
                                                Fax. 305-512-9701

                                                By: /s/ Robert Sanchez_____
                                                    [X]Robert Sanchez, Esq., FBN#0442161

The party filing this objection to claim must file a certificate of service in accordance with Local Rule 2002-1(F).